## Order No. 97–20
## February 25, 1997

| | | |
|---|---|---|
| 18677 | State v. Cochran | Affirmed |

## Order No. 97–21
## February 26, 1997

| | | |
|---|---|---|
| 18586 | Corpuz v. HTH Corp. | Affirmed |
| 18687 | State v. Rarogal | Affirmed |
| 19626 | State v. Goens | Affirmed |
| 19747 | State v. Connors | Affirmed |

## Order No. 97–22
## February 27, 1997

| | | |
|---|---|---|
| 18856 | State v. Mahaulu | Vacated |

## Order No. 97–23
## February 27, 1997

| | | |
|---|---|---|
| 19538 | State v. Prescott | Affirmed |